379 A.2d 624

Tripler et ux., et al., Appellants, v. The Palace, Inc.

Argued June 16, 1977. E. Mahon, with him James J. Freeman, for appellants; Donald E. Wydrzynski, with him Prodoehl & Wydrzynski, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.